**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 2:21-cr-00034 KGB**

**ISAAC KEVIN MORGAN** **DEFENDANT**

**ORDER**

Pending is defendant Isaac Kevin Morgan's motion for early termination of supervised release (Dkt. No. 44). The government filed a response stating that there is no objection to the motion (Dkt. No. 47).

On October 18, 2023, Morgan pled guilty to one count of felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1) (Dkt. No. 34). Morgan was sentenced by this Court on July 18, 2024, to 37 months of imprisonment to be followed by three years of supervised release (Dkt. Nos. 39, 40).

Morgan's supervision commenced on October 16, 2024; therefore, he has served approximately 20 months of his three-year term of supervised release. The United States Probation Office reports to the Court that Morgan has been free from any Court-reported violations for over a 12-month period, he is in substantial compliance with all conditions of supervision, and he engages in appropriate prosocial activities. The Probation Office supports early termination of Morgan's term of supervised release. The government does not oppose the motion (Dkt. No. 47).

Under 18 U.S.C. § 3583(e)(1), a district court "may, after considering [certain] factors. . . terminate a term of supervised release and discharge the defendant. . . if it is satisfied that such action is warranted by the conduct of the defendant released and is in the interest of justice. . . ."

For good cause shown, the Court finds that early termination of Morgan's term of supervised release is warranted by Morgan's conduct and is in the interest of justice. 18 U.S.C. § 3583(e)(1). Therefore, the Court grants Morgan's motion for early termination of supervised release (Dkt. No. 44). The Court releases Morgan from the remainder of his term of supervised release.

It is so ordered this 11th August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge